IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>JOKELERA COPELAND,<br><br>  Defendant. | CRIMINAL ACTION NO.<br>1:16-cr-0015-AT-28 |

## ORDER

This matter is before the Court on the Magistrate Judge's Report and Recommendation as to Defendant Jokelera Copeland's motion to suppress statements [Doc. 561]. The Magistrate Judge recommends that this Court deny Defendant's motion.

The Court notes that no objections have been filed in response to the Magistrate's Report and Recommendation. Therefore, in accordance with 28 U.S.C. § 636(b)(1) and Rule 59 of the Federal Rules of Criminal Procedure, the Court has reviewed the Magistrate Judge's Recommendation for clear error and finds none. Accordingly, the Court receives the Magistrate Judge's Report and Recommendation with approval and hereby **ADOPTS** the Report and Recommendation as the opinion of this Court. For the reasons stated in the

Magistrate Judge's Report and Recommendation, the Court **DENIES** Defendant's motions to suppress [Doc. 355].

It is so **ORDERED** this 19th day of December, 2016.

_____
Amy Totenberg
United States District Judge